A. H. ERNST v. JOHN KUNKLE AND OTHERS.

After the foregoing decision in this case was made, counsel for Ernst, for the purpose of taking the case to the Supreme Court of the United States on writ of error, moved this court for a certificate of facts, showing that the decision involved the question, as to whether the statute of this State authorizing local assessments for the improvement of streets in the city of Cincinnati, did not conflict with the constitution of the United States.

*Motion overruled.*